**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**BOBBIE JACKSON, IV,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4895-AW-ZCB**

**SERGEANT HENDRICKS, et al.,**

**Defendants.**

_________________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding the court should dismiss the case without prejudice. ECF No. 4. There has been no objection to the report and recommendation. Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, “This case is dismissed without prejudice.” The clerk will then close the file.

SO ORDERED on September 11, 2026.

s/ *Allen Winsor*
Chief United States District Judge